# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KURTIS LEE BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV413-085 |
| STATE OF GEORGIA, *et al.* | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Kurtis Lee Brown is back with a "Petition For Writ of Mandamus," doc. 1 at 2, which is simply a rehash of a 28 U.S.C. § 2254 habeas petition that this Court dismissed as time-barred in *Brown v. Sellers*, CV412-153, 2012 WL 2191680 (S.D. Ga. June 14, 2012), *adopted*, 2012 WL 3293702 (S.D. Ga. Aug. 10, 2012). And this time around, the Clerk sent him a deficiency notice (he must pay a $5 filing fee), then gave him 21 days to respond, doc. 5, but he has not.

Accordingly, Kurtis Lee Brown's case must be **DISMISSED** for failing to comply with the Court's directions. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the

inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co- op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 28th day of May, 2013.

/s/ G. R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA